IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **JANE DOE, Special Administrator** ) <br> **of the Estate of John Doe,** ) <br>                                             ) <br>             Plaintiff,                       ) <br>                                             ) <br> v.                                          ) <br>                                             ) <br> **UNTIED STATES of AMERICA,**    ) <br>                                             ) <br>             Defendant.                  ) | Civil No. **07-395-JPG** |

### ORDER

**PROUD, Magistrate Judge:**

This matter is again before the court for purposes of docket control.

On August 28, 2007, the court ordered plaintiff to file a motion seeking leave to proceed under a fictitious name, to supply the court with the names of plaintiff and decedent, and to file a motion for protective order with regard to sealing the court file by **September 7, 2007.** Plaintiff filed the motions, but they were stricken for noncompliance with this district's electronic filing rules. Plaintiff has not re-filed the motions, and has not supplied the court with the names as ordered.

All users should familiarize themselves with the electronic filing rules and the CMECF user's manual, both of which are available on the court's website, www.ilsd.uscourts.gov.

Plaintiff is granted additional time, up to and including **October 26, 2007**, in which to comply with **Doc. 6**. **Failure to do so will result in sanctions**.

IT IS SO ORDERED.

DATE: October 22, 2007.

                                                                s/ Clifford J. Proud
                                                                **CLIFFORD J. PROUD**
                                                                **U.S. MAGISTRATE JUDGE**