IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **JANE DOE, Special Administrator of the Estate of John Doe,**<br><br>Plaintiff,<br><br>v.<br><br>**UNITED STATES of AMERICA,**<br><br>Defendant. | Civil No. **07-395-JPG** |

## ORDER

**PROUD, Magistrate Judge:**

Pursuant to this court's order to show cause, **Doc. 18**, plaintiff's counsel has now provided the court with the names of plaintiff and plaintiff's decedent.

The order to show cause, **Doc. 18**, is discharged.

**IT IS SO ORDERED.**

**DATE: March 13, 2008.**

> **s/ Clifford J. Proud**
> **CLIFFORD J. PROUD**
> **U.S. MAGISTRATE JUDGE**