UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

JANE DOE, Special Administrator of the
Estate of John Doe,

    Plaintiff,

  v.

UNITED STATES OF AMERICA,

    Defendant.

Case No. 07-cv-395-JPG

## JUDGMENT

This matter having come before the Court, and all parties having stipulated to dismissal,

IT IS HEREBY ORDERED AND ADJUDGED that this case is dismissed without prejudice.

**NORBERT JAWORSKI, CLERK**

**Dated: June 10, 2008**      s/Brenda K. Lowe, Deputy Clerk

**Approved:**    s/ J. Phil Gilbert
              **J. PHIL GILBERT**
              **DISTRICT JUDGE**