UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

JANE DOE, Special Administrator of the
Estate of John Doe,

        Plaintiff,

   v.

UNITED STATES OF AMERICA,

        Defendant.

Case No. 07-cv-395-JPG

## JUDGMENT

This matter having come before the Court, and all parties having stipulated to dismissal,

IT IS HEREBY ORDERED AND ADJUDGED that this case is dismissed without

prejudice.

**NORBERT JAWORSKI, CLERK**

**Dated: June 10, 2008**        **s/Brenda K. Lowe, Deputy Clerk**

**Approved:**    <u>s/ J. Phil Gilbert</u>
                **J. PHIL GILBERT**
                **DISTRICT JUDGE**